# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF PRISONS
### Request for Withdrawal of Inmate's Personal Funds

CUM-P-B, 90424083 - POTARAZU, SREEDHAR

Encumbrance No.: 2481

Please charge to my account the sum of **$5.00** and authorize the same to be paid to:

**Contact/FMIS Certification Address**
Us District Court, Clerkcourt
101 W LOMBARD ST
BALTIMORE
MD 21201
United States

_____ FILED        _____ ENTERED
_____ LOGGED       _____ RECEIVED

JUN -2 2022

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

Purpose: Court Fees
Check Memo: 2241 Filing Fee

_____
(Signature of Inmate)

90424083 - POTARAZU, SREEDHAR
_____
(Inmate Register No./Name)

_____
(Signature of Approving Official)

_____
(Signature of Deposit Fund Tech)

_____
(Payment #)

The inmate's personal account has been charged in the amount indicated above.

BP - 199.045 - Jan 2008

