⇔90424-083⇔
Sreedhar Potarazu
90424083
PO BOX * 1000
FPC
Cumberland, MD 21501
United States

⇔90424-083⇔
Clerkcourt Us District Court
Attn: Clerk OF Court
101 W Lombard ST
Baltimore, MD 21201
United States

LEGAL
MAIL

___ FILED   ___ ENTERED
___ LOGGED  ___ RECEIVED

JUN - 2 2022

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY SCJ _____ DEPUTY

