IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **SREEDHAR POTARAZU**, <br><br>      Petitioner, <br><br>      v. <br><br>**FEDERAL BUREAU OF PRISONS, *et al.*,** <br><br>      Respondents. | Civil Action No. 22-1334-GLR |

## MOTION TO DISMISS COMPLAINT OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

The Federal Bureau of Prisons, the Warden, and FCI Cumberland (together, the "Respondents"), by and through undersigned counsel, Erek L. Barron, United States Attorney for the District of Maryland, and Beatrice C. Thomas, Assistant United States Attorney for said District, hereby moves to dismiss the Petition for Writ of Habeas Corpus for failure to state a claim, pursuant to Federal Rule of Civil Procedure (12)(b)(6). Respondents' arguments in support of this motion are fully set forth in the attached memorandum.

                Respectfully submitted,

                EREK L. BARRON
                United States Attorney

                  /s/
                **Beatrice C. Thomas (Bar No. 21969)**
                Assistant United States Attorney
                36 South Charles Street, 4th Floor
                Baltimore, Maryland 21201
                410-209-4848
                beatrice.thomas@usdoj.gov

                *Counsel for Respondents*