# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

SREEDHAR POTARAZU,                       )
                                         )
    Petitioner,                          )
                                         )          Civil Action No. GLR-22-1334
    v.                                   )
                                         )
FEDERAL BUREUA OF PRISONS                )
WARDEN FCI CUMBERLAND                    )
                                         )
    Respondent.                          )

---

**DECLARATION OF ROBERT GRAY, JR.**

In accordance with the provisions of 28 U.S.C. § 1746, I, the undersigned Robert Gray, Jr., do hereby make the following declaration pertinent to the above-styled cause of action:

1. I, Robert Gray, Jr., am presently a Federal Bureau of Prisons ("BOP") Case Manager at the Federal Correctional Institution in Cumberland, Maryland ("FCI Cumberland"). I have held this position since May 10, 2020, and began my employment with the BOP on September 19, 2006.

2. As a case manager at FCI Cumberland, I am responsible for the custody and control of designated inmates including individual counseling, group counseling, and managing reports and correspondence. Additionally, I perform the Risks and Needs Assessments for my case load of inmates, including Sreedhar Potarazu.

3. I am aware that Petitioner Sreedhar Potarazu, Federal Register Number 90424-083, requests the BOP to immediately apply his First Step Act (FSA) Time Credits (Time Credits) so that he can be released to a halfway house.

4. Petitioner is currently serving a 119-month term of imprisonment for Inducing Interstate Travel to Commit Fraud, in violation of 18 U.S.C. § 2314 and Willful Failure to Account

1

For and Pay Employment Taxes, in violation of 26 U.S.C. § 7202.  Assuming he receives all good conduct time currently projected and FSA Time Credits, Petitioner has a release date of April 7, 2024.  *See* Attachment A.

**Petitioner's First Step Act (FSA) History**

5.      When an inmate's Unit Team reviews an inmate for eligibility based on their current offenses, they will note on the inmate's profile, or PP44, accordingly.  On December 11, 2019, Petitioner was reviewed for Time Credit eligibility based on his current offenses and he was found eligible to receive Time Credits.  Accordingly, his inmate profile shows FTC-ELIGIBLE-REVIEWED.  This code indicates that Petitioner is able to **earn** Time Credits.  *See* Attachment B.

6.      On October 5, 2022, Petitioner attended his routine 180-day program review where he was evaluated as a Minimum risk level according to the Prisoner Assessment Tool Targeting Estimated Risk and Needs (PATTERN).  *See* Attachment C.

7.      On August 30, 2022, a memo was released to all inmates informing them that they will receive an auto-calculation application worksheet of any Time Credits that they have received once the program is launched.  This memo did not state that any credit inmate's may have earned will be applied to their sentence immediately.  The worksheet is intended to show inmates how many credits they have "banked" so far, or a running total of the credits so that when they are closer to their release date, the credits can be applied accordingly.  *See* Attachment D.

8.      On October 2, 2022, the BOP began auto-calculating inmate's Time Credits.

9.      On October 5, 2022, Petitioner's Time Credits were automatically calculated.  *See* Attachment E.

10.     On October 27, 2022, Petitioner's halfway house referral was submitted.  This referral

*recommended* a halfway house date of November 15, 2022 which included 386 days of Time Credits applied towards prerelease custody and 120 days of halfway house placement pursuant to the Second Chance Act. *See* Attachment F.

**The First Step Act Interim Procedures**

11. On January 12, 2022, the BOP established interim procedures to ensure timely implementation of the FSA final rule. Interim procedures *were established to prioritize inmates eligible for immediate benefit in terms of release or pre-release community placement.* The interim procedures remained in effect until August 31, 2022, at which time the BOP launched its auto-calculation application. This application fully automated the calculation of FSA Time Credits so that manual calculation of credit was no longer required. *Id.* The system was expected to go live on September 6, 2022. However, there were some unexpected glitches. The auto-calculation process was implemented on September 30, 2022.

**The First Step Act Auto-Calculation Procedures**

12. On August 31, 2022, the interim procedures ceased, and the permanent Automated Time Credit calculation and application process began. With the launching of the auto-calculation application, eligible inmates will continue to earn Time Credits towards supervised release or prerelease custody. However, they may only receive up to 365 days towards supervised release, or are 18 months from their release date, whichever happens first. This is an important distinction. This 18-month cut off is necessitated by the need for a predictable release date. As an inmate's projected release approaches, his release date cannot be a moving target because BOP requires time to effectively engage the inmate in prerelease preparation planning, which includes transfer to a community-based residential program to facilitate transition back into the community.

3

**Final Policy**

13.   On November 18, 2022, the BOP published BOP Program Statement 5410.01, <u>First Step</u> <u>Act of 2018 – Time Credits: Procedures for Implementation of 18 U.S.C. § 3632(d).</u>

14.   Upon information and belief, the BOP is implementing the policy changes that were made, including the removal of the 18-month requirement set forth in the auto-calculation procedures.

15.   Upon information and belief, every inmate must have their auto-calculation recalculated to ensure that the appropriate amount of Time Credits have been applied. This is *expected, not guaranteed*, to occur over the next month.

16.   Upon information and belief, as of the date of this signing, the BOP has not completed its auto-calculation for Petitioner. Once Petitioner is recalculated, if Petitioner is entitled to additional Time Credits, any available Time Credits may be accordingly applied, if able and in accordance with BOP Program Statement 5410.01.

**Petitioner's FSA Time Credit Assessment[1]**

17.   At the top left of the worksheet, Petitioner's basic information is listed, including his start date of incarceration: July 19, 2017.

18.   The assessment calculated any credit that Petitioner has "banked" so far since December 21, 2018. As of October 5, 2022, Petitioner has accrued 1312 calendar days of possible programming. 386 credit days have been applied towards prerelease custody and 259 credit days have been applied towards his release date. Days of programming shows the total number of calendar days Petitioner could have programmed between December 21, 2018 and October 5, 2022. The days applied to prerelease custody and the days applied

---

[1] This section references Attachment E.

to his release date are credit days, not calendar days and are calculated accordingly. Additionally, this section shows that Petitioner is able to have his Time Credits applied because he is a Minimum risk inmate.

19.     In the first row of the worksheet, it states the total number of program days, or calendar days he accrued between December 21, 2018 to May 25, 2019 was 155 days.  His time credit factor was 15 meaning he received 15 days of FSA credit for every 30 days of successful participation, in accordance with 28 CFR § 523.42(c).  To arrive at 75 Time Credit days, one must calculate as follows:

155(total number of accrued calendar days) / 30 (days in the month) = 5 (number of calendar months)

5 (number of months) * 15 (days of credit for 30 days of successful participation) = 75 (total number of FSA credits)

20.     In the second row, it reflects the time Petitioner spent in disallow status, i.e. the time he spent in transfer status or in the Special Housing Unit (SHU).  Between May 25, 2019 and June 4, 2019, he lost ten days of possible program days accrued.

21.     In the third row, between June 4, 2019 and August 19, 2019, Petitioner accrued 76 program days.  His time credit factor was 15 days.  Additionally, he had five (5) carry-over days.  Carry-over status occurs when the inmate has not completed a full calendar participation because they may have been in disallowance status.  Because Petitioner was entered the SHU on August 19, 2019, he stopped earning any FSA credit; however, he is still entitled to those 5 days he successfully participated.  To arrive at 30, one must calculate as follows:

76 (total number of accrued calendar days) + 5 (carry-over days) = 81 (total number of program days)

81 (total number of program days) / 30 (days in the month) = 2 (number of calendar months)

2 (number of months) * 15 (days of credit for 30 days of successful participation) = 30 (total number of FSA credits)

22.     In the fourth row, it reflects the time Petitioner spent in disallow status, i.e. the time he spent in transfer status or in the SHU. Between August 19, 2019 and August 23, 2019, he lost four days of possible program days accrued.

23.     In the fifth row on the first and second page, between August 23, 2019 and July 24, 2021, Petitioner accrued 701 program days. He also had 21 carry over program days. His time credit factor was 15 days. To arrive at 360, one must calculate as follows:

701 (total number of accrued calendar days) + 21 (carry-over days) = 723 (total number of program days)

723 (total number of program days / 30 (days in the month) = 24 (number of calendar months)

24 (number of months) * 15 (days of credit for 30 days of successful participation) = 360 (total number of FSA credits).

24.     In the sixth row on the second page, Petitioner was disallowed fifty-four (54) days because he was not in compliance with his needs assessment between July 24, 2021 and September 16, 2021.

25.     In the seventh row, between September 16, 2021 and October 4, 2021, Petitioner accrued 18 days of programming. He had a time credit factor of 15. However, because Petitioner did not successfully participate for a full 30-day period, he did not receive credit for this time. Therefore, the 18 days plus the residual 2 days were added to his carry-over program days later on.

6

26.    In the eighth row, between October 4, 2021, and October 8, 2021, Petitioner was
       disallowed four (4) days of programming because he was in the SHU.

27.    In the final row, between October 8, 2021 and October 5, 2022, Petitioner accrued 362
       days of programming days.  He had a time credit factor of 15.

       362 (total number of accrued calendar days) / 30 (days in the month) = 12 (number of
       calendar months)

       12 (number of months) * 15 (days of credit for 30 days of successful participation) = 180
       (total number of FSA credits) He has 20 days of carry-over days.

28.    Therefore:

       75 (credits received from December 21, 2018 to May 25, 2019)) + 30 (credits received
       from June 4, 2019 to August 19, 2019) + 360 (credits received from August 23, 2019 to
       July 24, 2021) + 180 (credits received from October 8, 2021 to October 5, 2022)= 645
       FSA credit days

       645 (total FSA credit days) – 259 (maximum number of days he can receive towards
       release since he is under 18 months from his release date) = 386 remaining FSA credit
       days

       The remaining 386 FSA credit days may be applied towards prerelease custody pursuant
       to 28 CFR § 523.44(d).

I declare under the penalty of perjury, the foregoing is true and correct, to the best of my
knowledge, and that all attached documents are true and correct copies of the documents
maintained by the BOP in the ordinary course of business.


Executed on this _12_ day of December 2022.

Robert Gray
Case Manager
FCI Cumberland

# ATTACHMENT A

```
  MXRA4                       PUBLIC INFORMATION
PAGE 001            *          INMATE DATA          *       09:03:30
                              AS OF 10-28-2022


REGNO..: 90424-083 NAME: POTARAZU, SREEDHAR


                     RESP OF: CUM
                     PHONE..: 301-784-1000    FAX: 301-784-1008
                                              RACE/SEX...: ASIAN/PAC.ISL. / MALE
                                              AGE:  57
PROJ REL MT: FSRDAP CND                       PAR ELIG DT: N/A
PROJ REL DT: 04-07-2024                       PAR HEAR DT:
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
    MXRA4            PUBLIC INFORMATION
    PAGE 002         *         INMATE DATA        *         09:03:30
                                AS OF 10-28-2022


    REGNO..: 90424-083 NAME: POTARAZU, SREEDHAR


                        RESP OF: CUM
                        PHONE..: 301-784-1000    FAX: 301-784-1008
```
FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 10-07-2023

FINAL STATUTORY RELEASE FOR INMATE.: 12-22-2024 VIA 3621E COND
        WITH APPLIED FSA CREDITS.: 259  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 04-07-2024 VIA FSRDAP CND

```
    ----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

    COURT OF JURISDICTION..........: VIRGINIA, EASTERN DISTRICT
    DOCKET NUMBER..................: 1:16CR00261-001
    JUDGE..........................: LEE
    DATE SENTENCED/PROBATION IMPOSED: 07-19-2017
    DATE COMMITTED.................: 08-21-2017
    HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
    PROBATION IMPOSED..............: NO


                    FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
    NON-COMMITTED.: $200.00        $00.00          $00.00       $00.00

    RESTITUTION...: PROPERTY: NO  SERVICES:  NO         AMOUNT: $57,900,173.22

    ------------------------CURRENT OBLIGATION NO: 010 ------------------------
    OFFENSE CODE...: 251    LARCENY/THEFT I/S TRANS
    OFF/CHG: 18:2314 INDUCING INTERSTATE TRAVEL TO COMMIT  FRAUD, CT 1

     SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
     SENTENCE IMPOSED/TIME TO SERVE.:  119 MONTHS    29 DAYS
     TERM OF SUPERVISION............:   3 YEARS
     CLASS OF OFFENSE...............: CLASS C FELONY
     RELATIONSHIP OF THIS OBLIGATION
      TO OTHERS FOR THE OFFENDER....: CC 020
     DATE OF OFFENSE................: 06-03-2016



    G0002      MORE PAGES TO FOLLOW . . .
```

Case 1:22-cv-01334-GLR   Document 21-3   Filed 12/12/22   Page 13 of 28

REGNO..: 90424-083 NAME: POTARAZU, SREEDHAR

                    RESP OF: CUM
                    PHONE..: 301-784-1000    FAX: 301-784-1008

------------------------CURRENT OBLIGATION NO: 020 --------------------------
OFFENSE CODE....: 193    INTERNAL REVENUE INCOME TAX
OFF/CHG: 26:7202 WILLFUL FAILURE TO ACCOUNT FOR AND PAY EMPLOYMENT
        TAXES, CT 39

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   35 MONTHS
  TERM OF SUPERVISION............:    3 YEARS
  CLASS OF OFFENSE...............: CLASS C FELONY
  DATE OF OFFENSE................: 03-31-2011

------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-18-2022 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 10-05-2017 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

DATE COMPUTATION BEGAN..........: 07-19-2017
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:   119 MONTHS    29 DAYS
TOTAL TERM IN EFFECT CONVERTED..:     9 YEARS    11 MONTHS      29 DAYS
AGGREGATED TERM OF SUPERVISION..:     3 YEARS
EARLIEST DATE OF OFFENSE........: 03-31-2011

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    10-06-2016    11-07-2016

G0002      MORE PAGES TO FOLLOW . . .

REGNO..: 90424-083 NAME: POTARAZU, SREEDHAR


                         RESP OF: CUM
                         PHONE..: 301-784-1000    FAX: 301-784-1008
TOTAL PRIOR CREDIT TIME.........: 33
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 539
TOTAL GCT EARNED................: 270
STATUTORY RELEASE DATE PROJECTED: 12-22-2025
ELDERLY OFFENDER TWO THIRDS DATE: 02-14-2024
EXPIRATION FULL TERM DATE.......: 06-14-2027
TIME SERVED.....................:     5 YEARS      4 MONTHS    13 DAYS
PERCENTAGE OF FULL TERM SERVED..:  53.7
PERCENT OF STATUTORY TERM SERVED:  63.0


PROJECTED SATISFACTION DATE.....: 04-07-2024
PROJECTED SATISFACTION METHOD...: FSRDAP CND
     WITH FSA CREDITS INCLUDED...: 259


S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

# ATTACHMENT B

```
                 90424-083              REG
REGNO: 90424-083                  FUNCTION: PRT DOB/AGE.: 05-09-1965 / 57
NAME.: POTARAZU, SREEDHAR                   R/S/ETH.: A/M/O    WALSH: NO
RSP..: CUM-CUMBERLAND FCI                   MILEAGE.: 95 MILES
PHONE: 301-784-1000      FAX: 301-784-1008
 PROJ REL METHOD: FSRDAP CND               FBI NO..: E7KLHAD57
 PROJ REL DATE..: 04-07-2024               INS NO...: N/A
 PAR ELIG DATE..: N/A                      SSN.....: 577687744
 PAR HEAR DATE..:              PSYCH: NO   DETAINER: NO        CMC..: YES
OFFN/CHG RMKS: 1:16CR00261-001 INDUCING INTERSTATE TRAVEL TO COMMIT FRAUD;
OFFN/CHG RMKS: WILLFUL FAILURE TO PAY EMPLOYMENT TAXES 119 M & 29 DS/3 YRS SR
  FACL CATEGORY   - - - -  CURRENT ASSIGNMENT - - - - -  EFF DATE  TIME
  CUM  ADM-REL    A-DES     DESIGNATED, AT ASSIGNED FACIL 08-21-2017 1714
  CUM  CARE LEVEL CARE1     HEALTHY OR SIMPLE CHRONIC CARE 06-08-2022 0648
  CUM  CARE LEVEL CARE1-MH  CARE1-MENTAL HEALTH           09-26-2017 1009
  CUM  COR COUNSL CAMP PGM  L. SMITH: 301-784-1000 X4027  01-29-2021 1346
  CUM  CASE MGT   BIR CERT Y BIRTH CERTIFICATE - YES      05-10-2019 0649
  CUM  CASE MGT   DEPEND Y  DEPENDENTS UNDER 21 - YES     08-16-2018 1011
  CUM  CASE MGT   PHOTO ID N PHOTO ID - NO                08-16-2018 1011
  CUM  CASE MGT   RPP PART  RELEASE PREP PGM PARTICIPATES 08-16-2018 1012
  CUM  CASE MGT   SSN CARD Y SOCIAL SECURITY CARD - YES   05-10-2019 0649
  CUM  CASE MGT   VET P/S N PARENT/SPOUSE VETERAN - NO    08-16-2018 1011
  CUM  CASE MGT   VETERAN N VETERAN - NO                  08-16-2018 1011
  CUM  CASE MGT   VWP AUTO  VICTIM/WITNESS PGM AUTO UPDATE 08-04-2017 0645
  CUM  CASE MGT   V94 COA913 V94 CURR OTHER ON/AFTER 91394 08-24-2017 1259
  CUM  CASE MGT   WA NO HIST NO WALSH ACT OFFENSE HISTORY 08-04-2017 0851
  CUM  CASEWORKER CAMP PGM  R. GRAY    EXT-4049           01-29-2021 1347
  CUM  CUSTODY    OUT       OUT CUSTODY                   08-15-2017 1429
  CUM  DRUG PGMS  DAP COMP  RES DRUG TRMT COMP/TRANS REQD 11-15-2021 1412
  CUM  DRUG PGMS  ED NONE   DRUG EDUCATION NONE           08-24-2017 1259
  CUM  DRUG PGMS  ELIGIBLE  18 USC 3621 RELEASE ELIGIBLE  01-28-2021 1233
  CUM  DRUG PGMS  FOL PART  FOLLOWUP SERVICES PARTICIPANT 11-16-2021 0805
  CUM  DRUG PGMS  NR COMP   NRES DRUG TMT/COMPLETE        05-16-2018 0952
  CUM  DESIG/SENT FOXTROT   TEAM FOXTROT                  08-03-2017 1524
  CUM  DESIG/SENT FVAE YES  FVAE-FULLY COMPLIED W/JUD REC 08-15-2017 1429
  CUM  EDUC INFO  ESL HAS   ENGLISH PROFICIENT            08-21-2017 1837
  CUM  EDUC INFO  GED HAS   COMPLETED GED OR HS DIPLOMA   08-21-2017 1837
  CUM  FIN RESP   PART      FINANC RESP-PARTICIPATES      09-06-2017 0700
  CUM  FIRST STEP FTC ELIG  FTC-ELIGIBLE - REVIEWED       12-11-2019 1627
  CUM  FIRST STEP N-ANGER N NEED - ANGER/HOSTILITY NO     10-05-2022 0913
  CUM  FIRST STEP N-ANTISO N NEED - ANTISOCIAL PEERS NO   10-05-2022 0913
  CUM  FIRST STEP N-COGNTV N NEED - COGNITIONS NO         10-05-2022 0913
  CUM  FIRST STEP N-DYSLEX N NEED - DYSLEXIA NO           05-29-2021 0014
  CUM  FIRST STEP N-EDUC N  NEED - EDUCATION NO           10-05-2022 0913
  CUM  FIRST STEP N-FIN PV N NEED - FINANCE/POVERTY NO    10-05-2022 0913
  CUM  FIRST STEP N-FM/PAR N NEED - FAMILY/PARENTING NO   10-05-2022 0913
  CUM  FIRST STEP N-M HLTH N NEED - MENTAL HEALTH NO      10-05-2022 0913
  CUM  FIRST STEP N-MEDICL N NEED - MEDICAL NO            10-05-2022 0913
  CUM  FIRST STEP N-RLF N   NEED - REC/LEISURE/FITNESS NO 10-05-2022 0913
  CUM  FIRST STEP N-SUB AB N NEED - SUBSTANCE ABUSE NO    10-05-2022 0913

G0017      WARNING : NOTIFICATIONS ARE REQUIRED PER P.S. 1490.06
G0002      MORE PAGES TO FOLLOW . . .
```

```
              90424-083              REG
REGNO: 90424-083                  FUNCTION: PRT DOB/AGE.: 05-09-1965 / 57
NAME.: POTARAZU, SREEDHAR                     R/S/ETH.: A/M/O    WALSH: NO
RSP..: CUM-CUMBERLAND FCI                     MILEAGE.: 95 MILES
PHONE: 301-784-1000     FAX: 301-784-1008
  FACL CATEGORY   - - - - CURRENT ASSIGNMENT - - - - - -  EFF DATE  TIME
  CUM  FIRST STEP N-TRAUMA N NEED - TRAUMA NO              10-05-2022 0913
  CUM  FIRST STEP N-WORK N   NEED - WORK NO                10-05-2022 0913
  CUM  FIRST STEP R-MIN      MINIMUM RISK RECIDIVISM LEVEL 10-05-2022 0913
  CUM  LEVEL      MINIMUM    SECURITY CLASSIFICAT'N MINIMUM 08-04-2017 1020
  CUM  MED DY ST  C19-QUAR   COVID-19 QUARANTINED          10-04-2021 1157
  CUM  MED DY ST  NO PAPER   NO PAPER MEDICAL RECORD       08-22-2017 0735
  CUM  MED DY ST  REG DUTY   NO MEDICAL RESTR--REGULAR DUTY 08-28-2017 1331
  CUM  MED DY ST  YES F/S    CLEARED FOR FOOD SERVICE      08-28-2017 1331
  CUM  PGM REVIEW APR        APRIL PROGRAM REVIEW          04-07-2023 0658
  CUM  QUARTERS   P03-172L   HOUSE P/RANGE 03/BED 172L     10-18-2021 1105
  CUM  RELIGION   HINDU      HINDU                         08-29-2017 1537
  CUM  UNIT MGR   CAMP PGM   UNT MGR M. WASHINGTON 4032    12-20-2021 1444
  CUM  UNIT       6 SCP RDAP UNIT 6 - SCP(6)               08-02-2022 1211
  CUM  WAITNG LST AGING OFFN I/M AGE OF 50 YEARS OR OLDER  04-28-2022 1201
  CUM  WAITNG LST COM CR     PREREL COMMUNITY RESOURCES    08-16-2018 1012
  CUM  WAITNG LST COM RR     PREREL RELEASE REQUIREMENTS   08-16-2018 1012
  CUM  WAITNG LST C112 DAP   DAP COHORT 112                02-01-2021 1233
  CUM  WAITNG LST FPI FRP    HIRE EXCEPT-FRP               01-20-2022 1019
  CUM  WAITNG LST FPI 36M    HIRE EXCEPT-36 MTH OR < TO REL 08-15-2022 1450
  CUM  WRK DETAIL C PGM ORD  CAMP PGM ORDERLY              01-10-2022 1531
```

```
G0017        WARNING : NOTIFICATIONS ARE REQUIRED PER P.S. 1490.06
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

# ATTACHMENT C

Register Number:90424-083, Last Name:POTARAZU

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number: 90424-083 | Risk Level Inmate....: R-MIN |
| Inmate Name |   General Level......: R-MIN (-10) |
|   Last.........: POTARAZU |   Violent Level......: R-MIN (-4) |
|   First........: SREEDHAR | Security Level Inmate: MINIMUM |
|   Middle.......: | Security Level Facl..: MINIMUM |
|   Suffix.......: | Responsible Facility.: CUM |
| Gender.........: MALE | Start Incarceration..: 07/19/2017 |

**PATTERN Worksheet Summary**

| Item | - Value | - General Score | - Violent Score |
|---|---|---|---|
| Current Age | 57 | 7 | 4 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoNeed | -6 | -3 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 8 | -9 | -3 |
| Work Programs | 0 | 0 | 0 |
| | Total | -10 | -4 |

# ATTACHMENT D



**U.S. Department of Justice**
**Memorandum**
Federal Bureau of Prisons

_Correctional Programs Division_                                                           _Central Office_
                                                                                          _320 First Street, N.W._
                                                                                          _Washington, DC 20534_

August 30, 2022

MEMORANDUM FOR REGIONAL CORRECTIONAL PROGRAMS ADMINISTRATORS

FROM:        Rick Stover, Administrator
             Correctional Programs Branch

SUBJECT:     Federal Time Credits Auto-Calculation
             Application Launch

This memorandum is to provide guidance regarding the launch of
the Federal Time Credits (FTCs) auto-calculation application.
The new application will be launched on August 31, 2022.  Full
automation will take effect on September 6, 2022, at which time
changes will be reflected to inmates' projected release dates
and methods.  All inmates will be reviewed, and FTCs will be
applied to inmate records consistent with the final rules
language and implementing text. As a reminder, the following
items have been incorporated into the calculation of FTCs:

- The earning of FTCs is based on the inmate being in
  "earning status," not the participation and/or completion
  of individual programs.  Inmates who refuse to participate
  in any portion of the needs assessment process and/or
  refuse/decline any program recommended to address as
  specific identified need area, will be considered "opted
  out" and in "non-earning" status.
- While inmates can begin earning time credits starting with
  the enactment of the statute, the "presumed participation"
  period only extends from December 21, 2018, through
  January 14, 2020.
- For inmates earning credit during the "presumed
  participation" period and through April 28, 2021, the
  PATTERN risk level established on this date (April 28th, the
  start date for the PATTERN auto-calculation), will be used
  to determine the initial risk level and FTC earning rate.
- For inmates earning credit under the "presumed
  participation" period, only days where the inmate was

incarcerated outside the facility, housed in the Special Housing Unit, or refusing/declining pre-existing FSA programming (e.g., FRP, Drug Education, GED, etc.) will be excluded from successful participation.

- Beginning January 15, 2020, inmates who are eligible to earns FTCs must have a PATTERN level calculated and must have completed all components of the SPARC-13 prior to beginning to earn FTCs.

- Inmates will have either an initial PATTERN level of minimum or low risk or have dropped to a minimum or low risk level and maintained the new level for two consecutive assessment periods prior to being eligible for the higher earning rate of 15 days or being able to apply the FTCs earned.

- Eligible inmates will have FTCs applied first toward their release dates and then toward RRC/HC placement.

- To earn credit toward early release, an inmate must be otherwise eligible to participate in RRC/HC placement. While they continue to earn credit, inmates can only apply the credit if they have no detainers, unresolved pending charges, and/or unresolved immigration status issues.

- Eligible inmates will continue to earn FTCs toward early release until they have accumulated 365 days or are 18 months from their release date, whichever happens first. At this point, their release date becomes fixed, and all additional credit is applied toward RRC/HC placement.

- Initially, FTCs will be updated monthly, and an FSA Time Credits Assessment worksheet will be deposited into the eICF directly.  Within 30-60 days of the initial launch, Unit team will be able to conduct an additional time credit assessment during the inmate's regularly scheduled Program Review.

- Inmates with 3621e Complete and 3621e Conditional release methods will automatically convert FSA RDAP Release and FSA RDAP Conditional release methods.  Locally, staff will need to review cases individual and complete updated BP-A0628 where appropriate.


Please remind institution staff DSCC does not have a role in the crediting of FTCs, and questions from the field should be directed to their Case Management Coordinators and then to the Regional Offices.  If you have any questions, please contact Rick Stover, Correctional Programs Branch Administrator.


Cc:   Case Management Coordinators
      Linda Geter, Senior Deputy Assistant Director, CPD, DSCC

# ATTACHMENT E

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number....: 90424-083 | Responsible Facility: CUM |
| Inmate Name | Assessment Date.....: 10-05-2022 |
|   Last.............: POTARAZU | Period Start/Stop...: 12-21-2018 to 10-05-2022 |
|   First............: SREEDHAR | Accrued Pgm Days....: 1312 |
|   Middle...........: | Disallowed Pgm Days.: 72 |
|   Suffix...........: | FTC Towards RRC/HC..: 386 |
| Gender.............: MALE | FTC Towards Release.: 259 |
| Start Incarceration: 07-19-2017 | Can Apply FTC.......: Yes |

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 12-21-2018 | 05-25-2019 | accrue | 155 |

  Accrued Pgm Days...: 155
  Carry Over Pgm Days: 0
  Time Credit Factor.: 15
  Time Credits.......: 75

--------------------------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 05-25-2019 | 06-04-2019 | disallow | 10 |

  **In SHU**

| Facility | Category | Assignment | Start | | Stop | |
|---|---|---|---|---|---|---|
| CUM | QTR | Z01-102UAD | 05-25-2019 | 1348 | 06-03-2019 | 1152 |

--------------------------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 06-04-2019 | 08-19-2019 | accrue | 76 |

  Accrued Pgm Days...: 76
  Carry Over Pgm Days: 5
  Time Credit Factor.: 15
  Time Credits.......: 30

--------------------------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 08-19-2019 | 08-23-2019 | disallow | 4 |

  **In SHU**

| Facility | Category | Assignment | Start | | Stop | |
|---|---|---|---|---|---|---|
| CUM | QTR | Z01-101LAD | 08-19-2019 | 1119 | 08-19-2019 | 1240 |
| CUM | QTR | Z03-224LAD | 08-19-2019 | 1240 | 08-20-2019 | 1755 |
| CUM | QTR | Z03-216LAD | 08-20-2019 | 1755 | 08-22-2019 | 1234 |

--------------------------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 08-23-2019 | 07-24-2021 | accrue | 701 |

  Accrued Pgm Days...: 701
  Carry Over Pgm Days: 21

**U.S. DEPARTMENT OF JUSTICE**                                **FEDERAL BUREAU OF PRISONS**

---

```
   Time Credit Factor.: 15
   Time Credits.......: 360
```
--------------------------------------------------------------------------------
**Start**       **Stop**           **Pgm Status**    **Pgm Days**
07-24-2021   09-16-2021   disallow     54
   **Incomplete needs assessment**
      **Facility  Category   Assignment   Start          Stop**
      CUM       FSA        N-ANGER R    07-24-2021 0000   09-15-2021 1124
      CUM       FSA        N-FM/PAR R   07-24-2021 0000   09-15-2021 1124
--------------------------------------------------------------------------------
**Start**       **Stop**           **Pgm Status**    **Pgm Days**
09-16-2021   10-04-2021   accrue       18
   Accrued Pgm Days...: 18
   Carry Over Pgm Days: 2
   Time Credit Factor.: 15
   Time Credits.......: 0
--------------------------------------------------------------------------------
**Start**       **Stop**           **Pgm Status**    **Pgm Days**
10-04-2021   10-08-2021   disallow      4
   **In SHU**
      **Facility  Category   Assignment   Start          Stop**
      CUM       QTR        Z03-211UAD   10-04-2021 1225   10-04-2021 1435
      CUM       QTR        Z03-215LAD   10-04-2021 1435   10-07-2021 1321
--------------------------------------------------------------------------------
**Start**       **Stop**           **Pgm Status**    **Pgm Days**
10-08-2021   10-05-2022   accrue      362
   Accrued Pgm Days...: 362
   Carry Over Pgm Days: 20
   Time Credit Factor.: 15
   Time Credits.......: 180
```

---

# ATTACHMENT F

BP-A0210
OCT 10

**INSTITUTIONAL REFERRAL FOR CCC PLACEMENT**

**U.S. DEPARTMENT OF JUSTICE**          **FEDERAL BUREAU OF PRISONS**

| TO: (Community Corrections Manager)<br><br>BALTIMORE, RRM | FROM: Chief Executive Officer (Name, Title & Date) – Signature certifies approval and CIMS Clearance<br><br>Carter, Crystal, Warden, 10/27/2022 |
|---|---|

| Inmate Name<br>POTARAZU, SREEDHAR | | Register Number<br>90424-083 | Date<br>10/11/2022 |
|---|---|---|---|
| Unit Manager/Mail ID<br><br>UNIT 6 – SCP(6) | Institution (Address and Phone Number)<br>CUMBERLAND FCI<br>14601 BURBRIDGE RD SE<br>CUMBERLAND, MD 21502<br>(301)784-1000 | | |

| 1. Release City Rockville, MD | Supervision District Maryland |
|---|---|
| 2. Anticipated Release Date<br>04/07/2024 | Method<br><br>FSRDAP CND | Verified by (ISM Staff)<br><br>Anthony Wiggins |

| 3. Recommended (only one):<br>    a. Range_____, or<br>    b. Date_11/15/2022___ | 4. If a presumptive parole case, enter the date the pre-release record review progress report was submitted to the Parole Commission: _____ |
|---|---|

| 5. Statutory Interim Hearing Scheduled?<br>☐ Yes   ☐ No   ☐ Waived | 6. Supervised Release<br>☑ Yes ☐ No<br>3 years | Special Parole Term<br>☐ Yes ☑ No |
|---|---|---|

| 7. Aftercare Supervision      See J&C | |
|---|---|
| ☑ Drug   ☑ Alcohol   ☐ Mental Health   ☑ Other | ☐ N/A |

| 8. CIM Case: ☑ Yes ☐ No     Assignment: Separation |
|---|

| As CMC, I have reviewed the Request for Activity Clearance (404) and the SENTRY CIM Clearance and Separatee Data and I recommend the inmate be considered for CCC placement and clearance be granted by the Warden.<br><br>☑ Yes   ☐ No    Signature of CMC   Joseph, Mark R.<br>Upon signature of the Warden, I will update SENTRY to reflect CCC referral for range/date as listed in item 3 above. | NOTE:<br>The CMC will update SENTRY to reflect specific dates and CCC location code upon notification of acceptance from the CCM. |
|---|---|

| 9. If proposed District of Supervision differs from Sentencing District, has USPO approved?<br>☐ Yes ☐ No | 10. Does inmate have a committed fine?    ☐ Yes   ☑ No<br>If yes, indicate how fine will be paid in item 12. |
|---|---|

11. Additional Information, including status of any detainers or pending charge(s) and whether there is a substance abuse history.

    There are no detainers or pending charges on file for inmate Potarazu. The Presentence Investigation Report indicates a significant substance abuse history. As of the submission of this referral, the inmate has earned 259 Federal Time Credits towards his release and 386 towards an RRC/HC Placement.

12.  Specific release preparation/Pre-natal care needs.

Inmate Potarazu is eligible for early release consideration under 18 USC 3621 (e).  He graduated from the 500 Hour Residential Drug Abuse Program on November 15, 2021.  Inmate Potarazu has a balance of $57,892,127.77 remaining towards his court imposed financial obligation. It is anticipated he will pay toward his court imposed financial obligation while at the RRC and on Supervision. Inmate Potarazu was reviewed under 18 USC 3621b: 1. There are available Residential Re-Entry Centers in his release area. 2. The nature and circumstances of the offense are eligible for Residential Re-Entry as there are no extenuating circumstances that would preclude placement. 3. The history and characteristics of the inmate are: he does have his GED; he does have an established residence and community ties.  Therefore, we are requesting inmate Potarazu receive 120 days of RRC placement per Second Chance Act and 386 FTC credits he has earned be applied towards his RRC/HC placement. This is an adequate amount of time for inmate Potarazu to take advantage of the transitional programs and services. 4. There are no statements on the J&C from the sentencing court in the Eastern District of Virginia regarding RRC placement. 5. There is no pertinent policy by the Sentencing Commission.

| 13.  For MINT Referrals, Date of Delivery: | 14.  (a)  For MINT Referrals, Projected Date of Return to Parent Institution: |
| | |
| | (B)  Proposed guardian: |

| TO BE FORWARDED WITH THE REFERRAL FORM | NO. COPIES | TO BE FORWARDED TO THE REGIONAL TSM | NO. COPIES |
| --- | --- | --- | --- |
| BP-S210, Referral Form | 2 | BP-S210, Referral Form | 1 |
| Current Progress Report | 2 | Current Progress Report | 2 |
| Pre-sentence Report/Violation Report | 2 | Treatment Summary and Referral Form | 2 |
| Community Based Program Agreement | 2 | Drug Abuse Treatment Programs Agreement to | |
| BP-339 CIM Case Information Summary | 1 | Participate in Community Transition Programming | 2 |
| (Non-Separation Cases) | | | |
| USPO Acceptance Letter | 2 | | |
| Copy of Latest Notice of Action | 2 | | |
| BP-351 Medical Evaluation for Transfer of | 2 | | |
| Inmates to CCC Type Facility | | | |
| Judgment & Commitment Order | 2 | | |
| Statement of Responsibility | 2 | | |

* If the inmate has a diagnosed, ongoing medical condition, such as diabetes or coronary disease, send any pertinent medical records.

Record Copy - CCM; Copy - Institution File; Copy - USPO Sentencing District; Copy USPO District of Supervision

PDF                              Prescribed by P7310          This form replaces BP-210 November 1995